Court, Appellate Division, First Department. May 1, 1896.) Action by the people of the state of New York, on the relation of Frank J. Borst, against Theodore Roosevelt and others. L. J. Grant, for appellant. T. Connoly, for respondents. No opinion. Proceedings affirmed, with $10 costs and disbursements.

PEOPLE ex rel. CLARKE v. ROOSEVELT et al. (Supreme Court, Appellate Division, First Department. March 13, 1896.) Action by the people of the state of New York, on the relation of Francis J. Clarke, against Theodore Roosevelt and others. No opinion. The parties may file new note of issue for April term. The rule referred to in the moving affidavits is not a rule of this department only, but is contained in the general rules of practice.

PEOPLE ex rel. COLE et al., Relators, v. BOARD OF EDUCATION OF TOWN OF NEW ROCHELLE, Respondent. (Supreme Court, Appellate Division, Second Department. April 28, 1896.) Proceeding by Charles A. Cole and another against the board of education of the town of New Rochelle. No opinion. The action of the board of education has no semblance of judicial form or substance. Certiorari will not lie. Writ quashed, with $10 costs and disbursements. All concur.

PEOPLE ex rel. CONNOLLY, Appellant, v. MURRAY et al., Respondents. (Supreme Court, Appellate Division, First Department, April 17, 1896.) Action by the people of the state of New York, on the relation of James J. Connolly, against Joseph Murray and others. G. M. Curtis, for appellant. J. M. Mayer, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. See 38 N. Y. Supp. 177.

PEOPLE ex rel. ILLINGWORTH v. COURT OF OYER & TERMINER. (Supreme Court, Appellate Division, First Department. March 13, 1896.) Proceedings by the people, on the relation of one Illingworth, against the court of oyer and terminer. No opinion. The appeal will be heard upon copies of the papers. Unless such copies are prepared and printed, the motion will be granted.

PEOPLE ex rel. JORDAN, Appellant, v. MARTIN et al., Respondents. (Supreme Court, Appellate Division, First Department. March 6, 1896.) Action by the people of the state of New York, on the relation of James W. Jordan, against James J. Martin and others, commissioners. Friend, House & Grossman, for appellant. F. M. Scott, for respondents. No opinion. Proceedings annulled, and relator reinstated, without costs.

PEOPLE ex rel. KEATOR v. MOSS. (Supreme Court, Appellate Division, First Department. April 17, 1896.) Action by the people of the state of New York, on the relation of Thomas B. Keator, against Theodore Moss. No opinion. Motion denied, on payment of $10 costs.

POLHEMUS v. ALDRICH et al. (Supreme Court, Appellate Division, First Department. April 17, 1896.) Action by Aaron S. Polhemus against Spencer Aldrich and others. No opinion. Motion denied. See 37 N. Y. Supp. 1148.

PRATT v. PRATT. (Supreme Court, Appellate Division, First Department. April 24, 1896.) No opinion. Motion denied. See 38 N. Y. Supp. 26.

In re PUGH. (Supreme Court, Appellate Division, Second Department. April 21, 1896.) In the matter of the application of Rodney F. Pugh, for admission to practice as an attorney. No opinion. Motion granted, and order signed.

PUTNAM v. DAVIS et al. (Supreme Court, Appellate Division, First Department. March 6, 1896.) Action by James D. Putnam against Charles Davis and others. No opinion. Motion granted, with $10 costs.

RECKE, Appellant, v. MANHATTAN RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 17, 1896.) Action by Wilhelm Recke against the Manhattan Railway Co. W. W. Badger, for appellant. Davies, Short & Townsend, for respondent.

PER CURIAM. The facts in this case are not in all respects the same as they were in the Otten Case, lately decided by this court (37 N. Y. Supp. 982), but the principle upon which the reversal in the latter case proceeded is applicable to these facts. The variations are not sufficiently important to affect the result. The judgment should therefore be reversed, and a new trial granted, with costs to the appellant to abide the event.

REILLY, Appellant. v. FREEMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. March 13, 1896.) Action by Garrett Reilly against Charles Q. Freeman and others. No opinion. Motion for reargument denied, with $10 costs. See 37 N. Y. Supp. 570.

RICHARDSON v. THEDFORD et al. (Supreme Court, Appellate Division, First Department. May 1, 1896.) Action by Louisa A. Richardson against George W. Thedford and others. No opinion. Motion denied, without costs.

ROBINSON et al. v. GRAY. (City Court of New York, General Term March 16, 1896.) Action by George W. Robinson and another against Robert J. Gray. Blandy, Mooney & Shipman, for appellant. Goodrich, Deady & Goodrich, for respondents.

PER CURIAM. Judgment affirmed, with costs.

ROTHSCHILD v. RIO GRANDE WESTERN RY. CO. (Supreme Court, Appellate Division, First Department. March 6, 1896.) Action by Simon Rothschild against the Rio